■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAPHAEL PARNELL, Appellant. [877 NYS2d 131—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Holdman, J.), rendered January 19, 2007, convicting him of criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly granted the People's reverse-*Batson* application (*see Batson v Kentucky,* 476 US 79 [1986]; *People v Kern,* 75 NY2d 638 [1990]). The record supports the court's finding of pretext with regard to the two prospective jurors at issue, and that finding is entitled to great deference (*see People v Hernandez,* 75 NY2d 350 [1990]). Although defense counsel provided race-neutral reasons for challenging the two jurors, the record establishes that defense counsel did not challenge other jurors with similar backgrounds (*see People v McLaurin,* 47 AD3d 843 [2008]; *People v Quito,* 43 AD3d 411, 413 [2007]). Accordingly, the two challenged jurors were properly seated.

Further, the court properly concluded that a deliberating juror was not grossly unqualified to serve on the jury since, after expressing a generalized concern for his safety, he was not certain that he had seen the defendant in his neighborhood and he assured the court that he would remain fair and impartial (*see* CPL 270.35 [1]; *People v Buford,* 69 NY2d 290 [1987]; *People v Banks,* 33 AD3d 385, 385-386 [2006]; *People v Bunch,* 278 AD2d 501, 502 [2000]; *People v Attanasio,* 191 AD2d 447, 448 [1993]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Spolzino, J.P., Florio, Miller and Eng, JJ., concur.